**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**LINDA RAPER**                                                                             **PLAINTIFF**

**VERSUS**                                                  **CIVIL ACTION NO. 1:03CV663-P-D**

**FMC TECHNOLOGIES, INC.,**                                        **DEFENDANT**

**FINAL JUDGMENT**

This cause came on for hearing on defendant's Motion for Complete Summary Judgment [24-1]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the defendants' Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Complete Summary Judgment [24-1] is well-taken and should be, and hereby is, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bears its own costs.

This, the 29th day of June, 2005.

                                                                   /s/ W. Allen Pepper, Jr.
                                                                   W. ALLEN PEPPER, JR.
                                                                   UNITED STATES DISTRICT JUDGE